**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: VANDERKOLK, JERRY WAYNE § Case No. 11-83394
VANDERKOLK, GRAZIA MARY §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $168,570.00 *(without deducting any secured claims)* | Assets Exempt: $47,870.00 |
| Total Distribution to Claimants: $2,561.52 | Claims Discharged Without Payment: $131,765.87 |
| Total Expenses of Administration: $8,347.48 | |

    3) Total gross receipts of $ 10,909.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,909.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $162,625.00 | $149,746.01 | $1,204.76 | $1,204.76 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,347.48 | 8,347.48 | 8,347.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 128,451.35 | 108,472.28 | 108,472.28 | 1,356.76 |
| **TOTAL DISBURSEMENTS** | $291,076.35 | $266,565.77 | $118,024.52 | $10,909.00 |

4) This case was originally filed under Chapter 7 on July 31, 2011. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2013          By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant Farm Land - 2.59 acres | 1129-000 | 10,000.00 |
| Recovery of attorneys fees per court order | 1280-002 | 909.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,909.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | 1st Farm Credit Services, PCA | 4110-000 | 147,933.00 | 148,541.25 | 0.00 | 0.00 |
| NOTFILED | Harris N.a. | 4110-000 | 14,692.00 | N/A | N/A | 0.00 |
| | Chicago Title of Michigan, Inc. | 4700-000 | N/A | 124.62 | 124.62 | 124.62 |
| | Chicago Title of Michigan, Inc. | 4700-000 | N/A | 80.14 | 80.14 | 80.14 |
| | Chicago Title of Michigan, Inc. | 4110-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$162,625.00** | **$149,746.01** | **$1,204.76** | **$1,204.76** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 33.69 | 33.69 | 33.69 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,700.00 | 2,700.00 | 2,700.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 124.93 | 124.93 | 124.93 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 1,369.00 | 1,369.00 | 1,369.00 |
| Chicago Title of Michigan, Inc. | 2500-000 | N/A | 250.00 | 250.00 | 250.00 |
| Chicago Title of Michigan, Inc. | 2500-000 | N/A | 288.75 | 288.75 | 288.75 |
| Chicago Title of Michigan, Inc. | 2500-000 | N/A | 11.00 | 11.00 | 11.00 |
| Chicago Title of Michigan, Inc. | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Chicago Title of Michigan, Inc. | 2500-000 | N/A | 46.00 | 46.00 | 46.00 |
| Chicago Title of Michigan, Inc. | 2500-000 | N/A | 737.19 | 737.19 | 737.19 |
| Chicago Title of Michigan, Inc. | 3510-000 | N/A | 695.00 | 695.00 | 695.00 |
| Chicago Title of Michigan, Inc. | 2500-000 | N/A | -17.00 | -17.00 | -17.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.33 | 11.33 | 11.33 |
| Rabobank, N.A. | 2600-000 | N/A | 10.96 | 10.96 | 10.96 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.63 | 11.63 | 11.63 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | $8,347.48 | $8,347.48 | $8,347.48 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | 1st Farm Credit Services, PCA | 7100-000 | 103,801.00 | 108,472.28 | 108,472.28 | 1,356.76 |
| NOTFILED | Loft Bankruptcy Department | 7100-000 | 126.63 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Lake Dental Associates | 7100-000 | 523.72 | N/A | N/A | 0.00 |
| NOTFILED | Gaetano Manzella | 7100-000 | 24,000.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $128,451.35 | $108,472.28 | $108,472.28 | $1,356.76 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-83394　　　　　　　　　　　　　　**Trustee:** (330490) MEGAN G. HEEG
**Case Name:** VANDERKOLK, JERRY WAYNE　　　　　**Filed (f) or Converted (c):** 07/31/11 (f)
　　　　　　　VANDERKOLK, GRAZIA MARY　　　　　**§341(a) Meeting Date:** 09/09/11
**Period Ending:** 12/18/13　　　　　　　　　　　　**Claims Bar Date:** 12/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   2773 Granite Court, Prairie Grove, IL 60012 | 139,100.00 | 0.00 | | 0.00 | FA |
| 2   Vacant Farm Land - 2.59 acres | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 3   Checking account with Fifth Third Bank, Crystal | 800.00 | 0.00 | | 0.00 | FA |
| 4   Checking account with Western District, Crystal | 220.00 | 0.00 | | 0.00 | FA |
| 5   PayPal Account | 150.00 | 0.00 | | 0.00 | FA |
| 6   Misc. household goods with debtors | 1,600.00 | 0.00 | | 0.00 | FA |
| 7   Misc. books and CD's with debtors | 1,500.00 | 0.00 | | 0.00 | FA |
| 8   Necessary wearing apparel with debtors | 1,300.00 | 0.00 | | 0.00 | FA |
| 9   Misc. jewelry with debtors | 1,000.00 | 0.00 | | 0.00 | FA |
| 10  Term life insurance with ING Life Insurance Annu | 0.00 | 0.00 | | 0.00 | FA |
| 11  Retirement account with MidAmerica, Lakeland FL | 600.00 | 0.00 | | 0.00 | FA |
| 12  Retirement account with Illinois Municipal Retir | Unknown | 0.00 | | 0.00 | FA |
| 13  Retirement account with Teacher Retirement Syste | Unknown | 0.00 | | 0.00 | FA |
| 14  Pension Plan with Debtor's former employer in Mi | 6,000.00 | 0.00 | | 0.00 | FA |
| 15  2009 Volkswagen Jetta with 48,000 miles | 11,600.00 | 0.00 | | 0.00 | FA |
| 16  2001 Dodge Ram | 3,500.00 | 0.00 | | 0.00 | FA |
| 17  Green house frame, semi trailer, computer | 1,200.00 | 0.00 | | 0.00 | FA |
| 18  2010 TAX REFUNDS  (u) | Unknown | 0.00 | | 0.00 | FA |
| 19  Recovery of attorneys fees per court order  (u) | 0.00 | 909.00 | | 909.00 | FA |
| **19  Assets  Totals** (Excluding unknown values) | **$178,570.00** | **$10,909.00** | | **$10,909.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　　June 30, 2012　　　　**Current Projected Date Of Final Report (TFR):**　　September 3, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-83394  
**Case Name:** VANDERKOLK, JERRY WAYNE  
VANDERKOLK, GRAZIA MARY  
**Taxpayer ID #:** **-***3500  
**Period Ending:** 12/18/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******18-65 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/26/12 | | Chicago Title of Michigan, Inc. | proceeds from sale of lot | | | 6,692.30 | | 6,692.30 |
| | {2} | | Gross proceeds | 10,000.00 | 1129-000 | | | 6,692.30 |
| | | | Closing fee | -250.00 | 2500-000 | | | 6,692.30 |
| | | | Title insurance | -288.75 | 2500-000 | | | 6,692.30 |
| | | | City/county tax/stamps | -11.00 | 2500-000 | | | 6,692.30 |
| | | | state tax/stamps | -75.00 | 2500-000 | | | 6,692.30 |
| | | | Order of Bankruptcy/Motion | -46.00 | 2500-000 | | | 6,692.30 |
| | | | delinquent taxes | -737.19 | 2500-000 | | | 6,692.30 |
| | | | city/town taxes | -124.62 | 4700-000 | | | 6,692.30 |
| | | | county taxes | -80.14 | 4700-000 | | | 6,692.30 |
| | | | broker fee | -695.00 | 3510-000 | | | 6,692.30 |
| | | | deposit retained by broker | -1,000.00 | 4110-000 | | | 6,692.30 |
| 05/15/12 | | Chicago Title of Michigan, Inc. | Closing proceeds refund | | 2500-000 | | -17.00 | 6,709.30 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,684.30 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,659.30 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,634.30 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,609.30 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,584.30 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,559.30 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,534.30 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,509.30 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | | 9999-000 | | 6,509.30 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | | ACCOUNT TOTALS | 6,692.30 | 6,692.30 | $0.00 |
| | | Less: Bank Transfers | 0.00 | 6,509.30 | |
| | | **Subtotal** | 6,692.30 | 183.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$6,692.30** | **$183.00** | |

{} Asset reference(s)    Printed: 12/18/2013 01:49 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-83394  
**Case Name:** VANDERKOLK, JERRY WAYNE  
VANDERKOLK, GRAZIA MARY  
**Taxpayer ID #:** **-***3500  
**Period Ending:** 12/18/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****123165 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,509.30 | | 6,509.30 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,499.30 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,489.30 |
| 03/11/13 | {19} | Jerry and Grazia Vanderkolk | recovery of attorneys fees per court order | 1280-002 | 909.00 | | 7,398.30 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,388.30 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.33 | 7,376.97 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.96 | 7,366.01 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,356.01 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.63 | 7,344.38 |
| 08/15/13 | 11001 | Carl C. Swanson, CPA | accountant fees due per court order dated 7/31/13 | 3410-000 | | 1,369.00 | 5,975.38 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,965.38 |
| 11/05/13 | 11002 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,700.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,700.00 | 3,265.38 |
| 11/05/13 | 11003 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $124.93, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 124.93 | 3,140.45 |
| 11/05/13 | 11004 | 1st Farm Credit Services, PCA | Dividend paid 1.25% on $108,472.28; Claim# 1; Filed: $108,472.28; Reference: XXXXXX2800 | 7100-000 | | 1,356.76 | 1,783.69 |
| 11/05/13 | 11005 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,783.69 | 0.00 |
| | | | Dividend paid 100.00%    1,750.00 on $1,750.00; Claim# ; Filed: $1,750.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    33.69 on $33.69; Claim# ; Filed: $33.69 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,418.30 | 7,418.30 | $0.00 |
| | | | Less: Bank Transfers | | 6,509.30 | 0.00 | |
| | | | **Subtotal** | | 909.00 | 7,418.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$909.00** | **$7,418.30** | |

{} Asset reference(s)

Printed: 12/18/2013 01:49 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-83394
**Case Name:** VANDERKOLK, JERRY WAYNE
VANDERKOLK, GRAZIA MARY
**Taxpayer ID #:** **-***3500
**Period Ending:** 12/18/13

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** Rabobank, N.A.
**Account:** ****123165 - Checking Account
**Blanket Bond:** $1,500,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******18-65** | 6,692.30 | 183.00 | 0.00 |
| **Checking # ****123165** | 909.00 | 7,418.30 | 0.00 |
| | $7,601.30 | $7,601.30 | $0.00 |

{} Asset reference(s)

Printed: 12/18/2013 01:49 PM    V.13.13